Susan,

In the matter of Laudenberg, Case number 5:14-cr-00001-JLT, the Government would move to dismiss.

**Justin Norris & Farcy**
Law Enforcement & Investigations
Sequoia National Forest
Kern River Ranger District

Office: (760) 379-5646
Cell: (559) 940-1792
Jnorris@fs.fed.us

It is so Ordered.  Dated: 3/3/14

*Jennifer L. Thurn*
United States Magistrate Judge